UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,           :
                                    :
          Plaintiff,                :
                                    :
v.                                  :        Case No.  8:06-cr-7-T-24MSS
                                    :
CARLOS AGUILAR,                     :
                                    :
          Defendant.                :
_____      :

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court on Motion of the United States for Entry of a Final Judgment of Forfeiture, and the Court, having been fully advised in the premises, hereby finds as follows:

1.      The Ceska Zbrojovka 9mm pistol, model CZ 75 compact was the property of Carlos Aguilar.

2.      The United States published in the *Tampa Tribune*, a newspaper of general circulation in Hillsborough County, Florida, on October 10, 2006; October 13, 2006 and October 20, 2006 and in *The Ledger*, a newspaper of general circulation in Polk County, Florida, on October 13, 2006; October 20, 2006 and October 27, 2006 , notice of this forfeiture and of the United States' intent to dispose of the weapon in accordance with the law, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of any legal interest in the subject asset.

3.      No persons or entities, other than defendant Carlos Aguilar, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, are known to have an interest in the subject property.  To date, no third party has filed a Petition to Adjudicate Interest in the subject weapon, and the time for filing such Petition has expired.

Accordingly, for good cause shown, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion is GRANTED.

It is FURTHER **ORDERED** that all right, title and interest in the Ceska Zbrojovka 9mm pistol, model CZ 75 compact is hereby CONDEMNED and FORFEITED to the United States of America for disposition in accordance with the law, and clear title is now vested in the United States of America.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this __2nd__ day of __January__, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:   Tonya L. Shotwell, AUSA
             Attorneys of Record